**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Ohel Harav Yehoshua Boruch Foundation, Inc., and David Janklowicz, as trustee of the Mazel Ubracha 2008 Insurance Trust dated May 1, 2008, | : | CV-11-4291 (BMC) |
| | : | |
| Plaintiffs, | : | **PLAINTIFFS' ANSWER TO** |
| | : | **DEFENDANT'S** |
| -against- | : | **COUNTERCLAIMS** |
| | : | |
| Lincoln Benefit Life Company, | : | |
| | : | |
| Defendant. | : | |
| | : | |

Plaintiffs Ohel Harav Yehoshua Boruch Foundation, Inc., and David Janklowicz, as trustee of the Mazel Ubracha 2008 Insurance Trust dated May 1, 2008, ("Plaintiffs") hereby answers the counterclaims of Defendant Lincoln Benefit Life Company by numbered paragraphs as follows:

1.      The averments set forth in paragraph 1 constitute conclusions of law, to which no response is required. Otherwise denied.

## PARTIES

2.      Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of this averment.

## JURISDICTION

3.      Admitted.

## FACTUAL BACKGROUND

1

4. The averments set forth in paragraph 4 constitute conclusions of law, to which no response is required. Otherwise Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of the averments. Otherwise denied.

5. Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of this averment. Otherwise denied.

6. The averments set forth in paragraph 6 constitute conclusions of law, to which no response is required. Otherwise Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of the averments. Otherwise denied.

7. The averments set forth in paragraph 7 constitute conclusions of law, to which no response is required. Otherwise Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of the averments. Otherwise denied.

8. Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of this averment. Otherwise denied.

9. Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of this averment. Otherwise denied.

10. Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of this averment. Otherwise denied.

11. Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of this averment. Otherwise denied.

12. Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of this averment. Otherwise denied.

13. Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of this averment. Otherwise denied.

14.     Paragraph 14 sets forth conclusions of law, to which no response is required. Otherwise denied.

15.     Denied.

16.     Denied.

17.     Plaintiffs respectfully refer the Court to the Application for the contents thereof. Otherwise denied.

18.     Plaintiffs respectfully refer the Court to the Application for the contents thereof. Otherwise denied.

19.     Admitted that the Trust was listed as the owner of the Policy on the Application and admitted that Judah Zelmanowitz was the original Trustee of the Trust.  Otherwise denied.

20.     Admitted that the Trust was created on May 1, 2008, which is before the May 5, 2008 date on the signature page of the Application. Otherwise denied.

21.     Plaintiffs respectfully refer the Court to the Application for the contents thereof. Otherwise denied.

22.     Plaintiffs respectfully refer the Court to the so-called amendment for the contents thereof. Otherwise denied.

23.     Plaintiffs respectfully refer the Court to the Application for the contents thereof. Otherwise denied.

24.     Plaintiffs respectfully refer the Court to the Application for the contents thereof. Otherwise denied.

25.     Admitted that Exhibit B contains a true and correct copy of the Premium Funding Intent Form. Plaintiffs respectfully refer the Court to the Premium Funding Intent Form for the contents thereof.  Otherwise denied.

26.     Plaintiffs respectfully refer the Court to the Premium Intent Form for the contents thereof. Otherwise denied.

27.     Plaintiffs respectfully refer the Court to the Premium Intent Form for the contents thereof. Otherwise denied.

28.     Plaintiffs respectfully refer the Court to the Premium Intent Form for the contents thereof. Otherwise denied.

29.     Admitted that the Friedman Policy (Policy No. 01N1388782) was placed in force with an Issue Date of July 11, 2008, and with a face amount of $2 million.  Otherwise denied.

30.     Plaintiffs lack knowledge and information sufficient to form a belief as to the truth of this averment.  Otherwise denied.

31.     Denied.

## CAUSE OF ACTION
## <u>DECLARATORY JUDGMENT-LACK OF INSURABLE INTEREST</u>

32.     Plaintiffs incorporate by reference their answers and denials to the preceding paragraphs as if set forth herein.

33.     Paragraph 33 sets forth conclusions of law, to which no response is required. Otherwise denied.

34.     Denied.

35.     Denied.

36.     The averments set forth in this paragraph constitute conclusions of law, to which no response is required. Otherwise denied.

4

Dated:  November 21, 2011

Respectfully submitted,

 /s/ Seth Ard____
Seth Ard
SUSMAN GODFREY L.L.P.
560 Lexington Avenue., 15th Floor
New York, New York  10022
Phone:  212.336.8330
Fax:    212.336.8340
sard@ssusmangodfrey.com

Steven G. Sklaver
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel:  310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Seth Ard, hereby certify that a true and correct copy of the foregoing Plaintiff's Answer to Defendant's Counterclaim was filed with the United States District Court for the Eastern District of New York using the ECF system and via email as a courtesy:

Katherine L. Villanueva
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas,  41st Floor
New York, NY 10036-2714
Email:  Katherine.Villanueva@dbr.com

Michael Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Email:  Michael.Miller@dbr.com

Dated: November 21, 2011

_____
Seth Ard